# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00120-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**HSBC Mortgage Services, Inc., its Successors and Assigns, Appellee**

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-07-010279, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Walter Lee Hall, Jr., filed his notice of appeal on February 12, 2010, and the various parts of the appellate record were filed throughout the year. On December 7, Hall filed a second motion for extension of time to file his brief, asserting that the clerk's record was deficient because it lacked documents related to whether he should be allowed to appeal as an indigent and asking to have the deadline extended for thirty days beyond the date the clerk's record was supplemented. A supplemental clerk's record containing documents related to Hall's status as an indigent was filed on January 24, 2011, and on that same day, we sent Hall notice that the record had been supplemented and that his brief was due no later than February 23, 2011. We cautioned Hall that if his brief was not timely filed, we would dismiss the appeal. To date, Hall has not filed his brief. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosection

Filed:   April 15, 2010

2